IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00286-AP

TAYLOR MARIE SHREVE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Ann J. Atkinson, Esq.
7960 South Ireland Way
Aurora, Colorado 80016
(303) 680-1881
(303) 680-7891 (fax)
AtkinsonAJ@aol.com

For Defendant:

Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, CO 80202
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

**2.	STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.	DATES OF FILING OF RELEVANT PLEADINGS**

    **A.	Date Complaint Was Filed:**  February 4, 2013

    **B.	Date Complaint  Was Served on U.S. Attorney's Office:**  February 8, 2013

    **C.	Date Answer and Administrative Record Were Filed:**  April 9, 2013

**4.	STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.	STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.	STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

**7.	OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.  This case is not on appeal from a decision issued on remand from this Court.

**8.	BRIEFING SCHEDULE**

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

    **A.	Plaintiff's Opening Brief Due:**  June 10, 2013

    **B.	Defendant's Response Brief Due:**  July 10, 2013

    **C.**    **Plaintiff's Reply Brief (If Any) Due:**  July 25, 2013

**9.**    **STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:**  Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:**  Defendant does not request oral argument.

**10.**    **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **( )**    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X)**    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.**    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this <u>29th</u> day of <u>April</u>, 2013.

    BY THE COURT:

    *s/John L. Kane*
    U.S. DISTRICT COURT JUDGE

APPROVED:

<u>*s/ Ann J. Atkinson*</u>  
Ann J. Atkinson, Esq.  
7960 South Ireland Way  
Aurora, Colorado 80016  
(303) 680-1881  
(303) 680-7891 (fax)  
AtkinsonAJ@aol.com  

Attorney for Plaintiff

JOHN F. WALSH  
United States Attorney  

J. BENEDICT GARCÍA  
Assistant United States Attorney  
United States Attorney's Office  
District of Colorado  

<u>s/ *Jessica Milano*</u>  
Jessica Milano  
Special Assistant United States Attorney  
1001 17th Street  
Denver, CO 80202  
(303) 844-7136  
(303) 844-0770 (fax)  
jessica.milano@ssa.gov  

Attorneys for Defendant