UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 13-cv-00286-RBJ

TAYLOR MARIE SHREVE,

      Plaintiff,

v.

MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

---

# ORDER

This matter comes before me on the parties' **Unopposed (Stipulated) Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)** ("EAJA") filed May 13, 2014.  Having reviewed the motion and file, I conclude that the motion should be granted and fees under the EAJA should be awarded to the Plaintiff.

      **THEREFORE, IT IS ORDERED** as follows:

    1.  The parties' Unopposed (Stipulated) Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act [EAJA], 28 U.S.C. §2412(d) is GRANTED; and

    2.  The Defendant shall pay to Plaintiff reasonable attorney fees in the amount of $3,000.00.  This award is without prejudice to Plaintiff's attorney's right to seek attorney fees pursuant to section 206(b) of the Social Security Act [42 U.S.C. §406(b)] subject to the offset provisions of the EAJA.

3.   It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the Commissioner has agreed to waive the requirements of the Anti-Assignment Act, and the EAJA fees will be made payable to Plaintiff's attorney. However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

Dated this 15th day of May, 2014.

_____
R. Brooke Jackson
United States District Court Judge